FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

(Last Name): Smith
(Identification Number): #136527
(First Name): Torey
(Middle Name): Cortez
(Institution): EmcF
(Address): 10641 Hwy 80 West meridian, MS 39307

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 26 2017
BY_____ ARTHUR JOHNSTON DEPUTY

V.

Management And Training Corporation
Mississippi Department of Corrections
State of Mississippi
Sergeant Lisa Everett Et. Al.

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 3:17cv629-CwR-FKB
*(to be completed by the Court)*

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States? Yes (✓) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Smith v. Martin Et Al

2. Court (if federal court, name the district; if state court, name the county): Southern District of Mississippi

3. Docket Number: 3:14-cv-00574-HTW-LRA

4. Name of judge to whom case was assigned: Magistrate Judge Linda R. Anderson

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): It's A Stay Order

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Torey Cortez Smith  Prisoner Number: 136524

Address: 10641 Hwy 80 West

Meridian MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Lisa Everett is employed as

Sergant at East Mississippi

Correctional Facility

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Torey Cortez Smith    ADDRESS: 10641 Hwy 80 West Meridian MS 39307

DEFENDANT(S):

NAME: Mangement And Training Corporation   ADDRESS: 10641 Hwy 80 West Meridian MS 39307
Mississippi Department of Correction   723 North State St Jackson MS 39202
Sergant Lisa Everett   10641 Hwy 80 West Meridian MS 39307
Sergant Treylor   10641 Hwy 80 West Meridian MS 39307
State of Mississippi
Jane And John Does   Unknown At This Time
East Mississippi Correctional Facility   10641 Hwy 80 West Meridian MS 39307

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (✓)

B. Are you presently incarcerated for a parole or probation violation?

   Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✓)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✓)   No ( ), if so, state the results of the procedure: It was denied Because It Stated Rel-R for Which MDOC Could Bring

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): Written, Verbal, Administrive Remdy

   3. State the date your claims were presented: 6/08/17 6/02/2017 6/09/2017

   4. State the result of the procedure: They Fail To Address

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On 5/15/2017 Apprx 15:05pm I was on Housing unit 1Bravo when A officer Allowed A Inmate who was Removed from The Housing unit 1Bravo Enter the Zone Doing This Inmate Being on the Zone He Threating me Saying You need To go Tell Them People Some Because I want to do You Some harm well I Quickly Startin Hitting the Window That's when Unkwon officer open The Door When The Inmate Exit The Zone That's when He Punched me In my face Then RAn Back onto The Zone Pulled A Silver object out Tryin Charge Towards me I yelled getting the other officer Attn: While Being At Mdoc, I was Told I Had A Cronic Health matter Doing my Attemps In Tryin To got Treated They Have Refuse To Treat me for It my Entire Stay While Being on Housing unit 1Bravo I was Tryin To get moved Because I was Tryin To Avoid A Problem A Inmate was Swung me That's when Sergent Treyler Throw me Unto the ground Saying You Aint moving

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Declaratory, monetary Relife, Puntive damages Injunctive Relife Whatever This court deems nessary, And Pay For ongoing Treatment Futher Pay All court cost For This Action monetary damages For 1 million dollars Nominal Damages, Compesatory, Special damages Excessive Damages, Eemplary or Puntive for $1 million

Signed this 20 day of June, 20 17.

Torey Cortez Smith #136527
10641 Hwy 80 west meridian MS 39307

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

6/20/2017
(Date)

Torey C. Smith
Signature of plaintiff

4

Then As I Ask For the Shift Supervisor He Refused To call him I was Taken to medical When This Sergant Treylor Heard me tell The nurse He then stated to me I'm writting You A Ruk For Refuseing Houseing At which Time I wAsn't I was Found Guilty on 6/14/2017 I Apeal It Shortly After while Being on Houseing unit 6A There Is A Sergant Who Has MAde Jokes About my Sex, Threats me very Badly who Say I Hate Your Kind I've Brought These matters Before A Adminastrive Reveiw Shortly days Later That's when WArden Hogan Called me UP to his office Advised me He would Address the Issue Day Later That's When Sergant I.SA Everett Came on The Zone Sayin I don't Have nothing For You I'm going get You She Repealdty Says My Son Isn't like You This Keeps happen Daily When This personal come's In contact with me I Filed letters To MDOC Homes office Aswell mAngement ; Training Corporation They Have Fail to Remedy's These violations Which Leaves me no other choice But To File This Lawsuit

This Is The Add on To The Statement of Claim
While Tryin To Get moved That's when Lt. Brown Whom was on That moing crused me In Threating To Pepper Spray me